IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     CIVIL ACTION NO. 3:22-cv-199-GHD-JMV

RODZINSKI WEEKLY     DEFENDANT

## CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Rodzinski Weekly. Based on the certified financial information provided by Defendant, and in recognition of her cooperation with the United States' investigation, the parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Rodzinski Weekly on the basis of false claims in the sum of $20,904.91, plus $2,500.00 in loan application processing fees. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Defendant Rodzinski Weekly agrees that the total sum owed, $23,404.91, plus interest, is due and payable in full immediately. Defendant also agrees to pay a separate $400.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant Rodzinski Weekly pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt

shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Rodzinski Weekly will be credited to her outstanding debt.

Additionally, in consideration for the reduced settlement amount, the Defendant agrees to permanently surrender his law enforcement certification and/or credential by the Mississippi Board On Law Enforcement Officer Standards and Training and any other entity tasked by the State of Mississippi with certifying him as a law enforcement officer. Defendant agrees and will execute any affidavit or other document, if any, to any entity to effectuate the surrender of said law enforcement certification as part of this agreement and judgment.

IT IS SO ORDERED this the 13th day of ~~September~~ October, 2022.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

Clay Joyner
United States Attorney

_____
J. Harland Webster (MSB #102458)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
t: 662.234.3351
e: joseph.webster@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
Rodzinski Weekly